IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HARRY MONTALVO ANDINO, et al,

    Plaintiffs,

v.                                                    CIVIL NO. 97-1130 (RLA)

CROWLEY AMERICAN TRANSPORT, INC.,
et al.,

    Defendants.

### ORDER APPROVING DISBURSEMENT OF SETTLEMENT AWARD OF KATHERINE MONTALVO RODRIGUEZ

It appearing that plaintiff KATHERINE MONTALVO RODRIGUEZ has reached majority of age, the Motion for Disbursement, filed on her behalf on August 17, 2000 (docket No. **12**) is hereby **GRANTED**.

Accordingly, the Clerk of the Court is hereby ORDERED to issue a check in the principal amount of **$3,750.00** plus interest accrued less registry fees from account No. **400-4318930** at Banco Santander payable to KATHERINE MONTALVO RODRIGUEZ.

The check, together with copy of this Order, shall be mailed to KATHERINE MONTALVO RODRIGUEZ at: P.O. Box 16224, San Juan, P.R. 00908-6224.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of August, 2000.

                                  RAYMOND L. ACOSTA
                            United States District Judge

AO 72
(Rev 8/82)