

DEPARTMENTO DE SALUD
(DEPARTMENT OF HEALTH)

REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1984-00925-01224-000000-02842801

D0838817

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
MELISSA MONTALVO RODRIGUEZ

DOMICILIO (DWELLING HOUSE)
RIO PIEDRAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)        FECHA INSCRIPCION (REGISTRATION DATE)
19 MAR 1984                          23 MAR 1984

                                                                 SEXO (SEX)
                                                                 F
LUGAR NACIMIENTO (BIRTHPLACE)
RIO PIEDRAS, PUERTO RICO
                                                                 EDAD (AGE)
NOMBRE DEL PADRE (FATHER'S NAME)
HARRY MONTALVO

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
SAN JUAN, PUERTO RICO
                                                                 EDAD (AGE)
NOMBRE DE LA MADRE (MOTHER'S NAME)                               24
BRUNILDA RODRIGUEZ

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
SAN JUAN, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
29 MAR 2005