IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HARRY MONTALVO ANDINO, et al.,

   Plaintiffs,

   v.                                    CIVIL NO. 97-1130 (RLA)

CROWLEY AMERICAN TRANSPORT, INC.

   Defendant.

**ORDER AUTHORIZING DISBURSEMENT OF FUNDS**
**TO MELISSA MONTALVO RODRIGUEZ**

It appearing that plaintiff MELISSA MONTALVO RODRIGUEZ is now of legal age, her Motion for Disbursement (docket No. **15**) is **GRANTED.**

Accordingly, the Clerk of the Court is hereby ORDERED to issue a check in the amount of **$3,750.00,** plus interest accrued, less registry fees from its account No. **400-4318949** made payable to MELISSA MONTALVO RODRIGUEZ.

The check shall be mailed to MS. MONTALVO RODRIGUEZ at: Residencial Luis Llorens Torres, Edif. 85, Apto. 1656, Santurce, PR 00913.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of April, 2005.

                                                S/Raymond L. Acosta
                                                RAYMOND L. ACOSTA
                                      United States District Judge