IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HARRY MONTALVO ANDINO, BRUNILDA RODRIGUEZ NAZARIO, by themselves and on behalf of minors; KATHERINE MONTALVO RODRIGUEZ, MELISSA MONTALVO RODRIGUEZ, MIRELLA MONTALVO RODRIGUEZ and HARRY L. MONTALVO RODRIGUEZ<br><br>Petitioners<br><br>v.<br><br>EX-PARTE | CIVIL: 97-1130 (RLA)<br><br>Request for Judicial Authorization |

## MOTION FOR DISBURSMENT

**TO THE HONORABLE COURT:**

**NOW COMES** petitioner Mirella Montalvo Rodríguez, through her attorney and very respectfully STATES, ALLEGES and PRAYS:

1. By virtue of a Settlement Agreement and Stipulation for Voluntary Dismissal in case number 97-1130 (RLA), an amount of $ 15,000.00 was deposited for the benefit of the minors Katherine Montalvo, Melissa Montalvo, Mirella Montalvo and Harry L. Montalvo, to be divided in equal parts.

2. As the Certificate of Birth Number D7766096 hereby submitted states, Mirella Montalvo Rodríguez reached her 21st. birthday on, May 30, 2006.

3. Given that petitioner Mirella Montalvo Rodríguez has reached her majority of age, she is entitled to receive the principal amount of the $ 3,750.00 corresponding to her, plus any accrued interest, minus any statutory users fees.

4. Such payment should be made to the order of Mirella Montalvo Rodríguez and sent to the following address:
Residencial Luis Llorens Torres Edificio 85 Apartamento 1656 Santurce, PR 00913.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, this 2th June 2006.

**Mercado-Rivera Law Offices**
P.O. Box 8086 Caguas, P.R. 00726-8086
Tel. (787) 745-0628 Fax (787) 703-2177
E-mail: mercado.law@prw.net

S/ Carlos A. Mercado Rivera
Carlos A. Mercado Rivera
USDC. No. 211904