# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)
**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)



NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1985-01764-027471-001024

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)

MIRELLA MONTALVO RODRIGUEZ

DOMICILIO (DWELLING HOUSE)
RIO PIEDRAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)          FECHA INSCRIPCION (REGISTRATION DATE)
30 MAY 1985                            05 JUN 1985

LUGAR NACIMIENTO (BIRTHPLACE)                              SEXO (SEX)
RIO PIEDRAS, PUERTO RICO                                   F

NOMBRE DEL PADRE (FATHER'S NAME)                           EDAD (AGE)
HARRY MONTALVO                                             32

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
SAN JUAN, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                         EDAD (AGE)
BRUNILDA RODRIGUEZ                                         26

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
SAN JUAN, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
02 MAR 2000

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

M. S

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE
**SALUD**
GOBIERNO DE PUERTO RICO

*Dando Salud... a tu Vida.*

EXPIDE COPIAS 15

**ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.**

**WARNING: Any alteration or erasure voids this certification.**