IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HARRY MONTALVO ANDINO, et al.,

   Plaintiffs,

   v.                                                    CIVIL NO. 97-1130 (RLA)

CROWLEY AMERICAN,

   Defendant.

**AMENDED ORDER AUTHORIZING WITHDRAWAL OF FUNDS NUNC PRO TUNC**

It appearing that plaintiff **MIRELLA MONTALVO RODRIGUEZ** has reached majority of age, her Motion for Disbursement (docket No. **17**) is **GRANTED**.

Accordingly, the Clerk of the Court is hereby authorized to issue a check from its Account No. 400-4318957 for the sum of **$5,129.21** including interest, less registry fees, made payable to **MIRELLA MONTALVO RODRIGUEZ** and mail it to her address: Residencial Luis Llorens Torres, Edificio 85, Apto. 1656, Santurce, P.R. 00913.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16th day of June, 2006.

                                        S/Raymond L. Acosta
                                        RAYMOND L. ACOSTA
                                     United States District Judge