IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HARRY MONTALVO ANDINO, et al.,

   Plaintiffs,

   v.

CROWLEY AMERICAN,

   Defendant .

CIVIL NO. 97-1130 (RLA)

**ORDER AUTHORIZING WITHDRAWAL OF FUNDS**

It appearing that plaintiff **HARRY L. MONTALVO RODRIGUEZ** has reached majority of age, his Motion for Disbursement (docket No. **20**) is **GRANTED**.

Accordingly, the Clerk of the Court is hereby authorized to issue a check from its Account No. 400-4318965 for the sum of **$3,750.00** plus interest accrued, less registry fees, made payable to **HARRY L. MONTALVO RODRIGUEZ** and mail it to his address: Residencial Luis Llorens Torres, Edificio 85, Apto. 1656, Santurce, P.R. 00913.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of June, 2008.

                                S/Raymond L. Acosta
                                RAYMOND L. ACOSTA
                        United States District Judge